# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1884.  IN THE INTEREST OF D. H., A CHILD (FATHER)**

We granted the father's application for discretionary appeal to review the juvenile court's order terminating his parental rights. After careful review of the record in this case, we conclude that the application for discretionary appeal was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,* 02/14/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*